# ELECTRONIC RECORD

COA # 06-14-00104-CR          OFFENSE: 21.11

STYLE: Charles Douglas McClain, III v. The State of Texas          COUNTY: Upshur

COA DISPOSITION: Affirmed          TRIAL COURT: 115th District Court

DATE: 03/18/15          Publish: No   TC CASE #: 16,545

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Douglas McClain, III v. The State of Texas          CCA #: 404-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___Refused___          JUDGE: _____

DATE: 05/13/2015          SIGNED: _____     PC: _____

JUDGE: per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD